NOTICE OF APPEAL TO
UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

U.S. District Court - Western District of Pennsylvania (Pittsburgh)

Circuit Court Docket No. _____

**FULL CAPTION IN DISTRICT COURT:**

UNITED STATES OF AMERICA

V.

JEFFREY SCOTT ARTELLO
a/k/a FAT MAN
a/k/a TATTOO

District Court
Docket No. Criminal No. 04-36E

District Court
Judge Sean J. McLaughlin

Notice is hereby given that  Jeffrey Scott Artello

appeals to the United States Court of Appeals for the Third Circuit

from [X] Judgment; [ ] Order; [ ] Other (Specify) _____

_____

_____

entered in this action on  June 23, 2005  .

**DATED:** July 1, 2005

_/s/ Karen Sirianni Gerlach_
**(Counsel for Appellant-signature)**
Karen Sirianni Gerlach   PA ID# 52956
Assistant Federal Public Defender
**(Name of Counsel-Typed)**

1450 Liberty Center
**(Address)**
1001 Liberty Avenue

Pittsburgh, PA  15222

(412) 644-6565
**(Tel. No. - FTS or Other)**

Michael L. Ivory
Assistant U.S. Attorney
**(Counsel for Appellee)**

400 U.S. Courthouse
**(Address)**
Seventh Avenue & Grant St.

Pittsburgh, PA  15219

(412) 894-7375
**(Tel. No. - FTS or Other)**