IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

United States of America )
)
vs. )   Criminal Number 04-36E
)
Jeffrey Artello )

The above named defendant satisfied the judgment of June 16, 2005 by paying on July 13, 2005 the full balance due on his/her court ordered:

__X__ Assessment
_____ Fine
_____ Costs
_____ other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____  7-22-05
Deputy Clerk                     Date