UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

September 1, 2006
C-167

No. **05-3340**

USA
v.
Jeffrey Scott Artello,
Appellant

W.D. of PA (D.C. No. 04-cr-00036)

Present: BARRY, SMITH & NYGAARD, <u>Circuit Judges</u>

Motion by Appellant for Summary Affirmance Pursuant to LAR 27.4.

No Response

/s/ Charlene Crisden
Case Manager 267-299-4923

O R D E R

The foregoing motion is granted.

By the Court,

/s/ Richard L. Nygaard
Circuit Judge

Dated:  September 11, 2006
lwc/cc:  Karen S. Gerlach, Esq.
         Laura S. Irwin, Esq.

**Certified as a true copy and issued in lieu
of a formal mandate on November 17, 2006**

**Teste: /s/ Marcia M. Waldron**

**Clerk, U.S. Court of Appeals for the Third Circuit.**